UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JEREMY PINSON, ) | |
| ) | |
| Petitioner ) | |
| ) | |
| vs. ) | Case No. 1:09-cv-02475-WMA-HGD |
| ) | |
| WARDEN JOHN RATHMAN, ) | |
| ) | |
| Respondent ) | |

## MEMORANDUM OPINION

On March 8, 2011, the magistrate judge's report and recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge. On March 15, 2011, petitioner filed objections to the magistrate judge's report and recommendation, only with regard to the magistrate judge's recommendation as to Claims One and Two.

After careful consideration of the record in this case, the magistrate judge's report and recommendation and the petitioner's objections thereto, the court hereby ADOPTS the report of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge.

A separate Final Judgment and Dismissal Order in conformity with this Memorandum Opinion will be entered contemporaneously herewith.

DONE this 29th day of March, 2011.

_____
**WILLIAM M. ACKER, JR.**
**UNITED STATES DISTRICT JUDGE**